WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
MOLLY POWELL, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
molly.powell@eeoc.gov
Tel: (206) 220-6892
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF EEOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>KAIZEN RESTAURANTS, INC., dba BURGER KING,<br><br>Defendant. | CIVIL ACTION NO. CV '11-1181-KI<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

///

**COMPLAINT**- Page 1 of 7

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Megan Laws and similarly situated individuals who were adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Defendant, Kaizen Restaurants, Inc. ("Kaizen Restaurants" or "Defendant"), subjected Ms. Laws and a class of similarly situated female employees to a hostile work environment because of sex. As a result of this discrimination, Ms. Laws was constructively discharged. Plaintiff seeks monetary and injunctive relief, including pecuniary and non-pecuniary compensatory damages and punitive damages.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

/ / /

/ / /

COMPLAINT- Page 2 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Kaizen Restaurants has been a corporation continuously doing business in the State of Oregon and has continuously had at least 15 employees.

5. At all relevant times, defendant Kaizen Restaurants has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Megan Laws filed a charge with the Commission alleging violations of Title VII by defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least June 2008, defendant Kaizen Restaurants, Inc. engaged in unlawful employment practices at its Burger King restaurant in Sandy, Oregon in violation of § 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a). The practices include subjecting Ms. Laws and similarly situated female employees to a hostile work environment because of sex, resulting in Ms. Laws' constructive discharge.

///

///

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

8. The practices complained of in paragraph 7 by Ms. Laws and similarly situated individuals were carried out by Ms. Laws' male supervisor at Kaizen Restaurants.

9. The practices complained of in paragraphs 7 and 8 by the Charging Parties and similarly situated individuals include, but are not limited to, the following: her supervisor repeatedly suggested Ms. Laws should have sex him; he repeatedly subjected Laws to unwelcome sexual comments and touching, including tickling and poking her in the sides; he followed Ms. Laws around the store and outside during her breaks; one of Ms. Laws' co workers rolled a wad of paper towels into the shape of a phallus and shoved it in Ms. Laws' face, to which he laughed and told her, "Look at it, Megan"; he told Laws that a co-worker had said she "should take one for the team," and explained that meant she should have sex with that co-worker in the freezer; he told Ms. Laws "I want to fuck you," asked Ms. Laws how much she would charge him to sleep with her if she were a prostitute, and warned Ms. Laws that his wife wanted to "kick her ass." The sexual harassment escalated until May 2010 when Ms. Laws was constructively discharged from her job because of the sexually harassing conduct. Prior to her constructive discharge Ms. Laws reported the discriminatory harassment to her shift leaders, the assistant restaurant manager, and the restaurant manager. He warned Laws about reporting his behavior to the restaurant manager and sent her home early from her shift.

10. Defendant Kaizen Restaurants did not train Ms. Laws about sexual harassment or how to report it.

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

11. The effect of the practices complained of in paragraph 7-10 above has been to deprive Ms. Laws and similarly situated individuals of equal employment opportunities.

12. The unlawful employment practices complained of in paragraph 7-10 above were intentional.

13. The unlawful employment practices complained of in paragraph 7-10 above were done with malice or with reckless indifference to the federally protected rights of Ms. Laws and similarly situated individuals.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which retaliate against any individual for engaging in statutorily protected EEO activity.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendant to make whole Ms. Laws by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice.

D. Order defendant to make whole Ms. Laws by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices

COMPLAINT- Page 5 of 7

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

  E. Order defendant to make whole Ms. Laws by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

  F. Order defendant to pay Ms. Laws punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

///

///

///

///

///

///

///

///

///

///

///

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 28th day of September, 2011.

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| MOLLY B. POWELL<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| BY: /s/<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Seattle District Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104<br>Telephone (206) 220-6892<br>Facsimile (206) 220-6911 | Office of the General Counsel<br>131 M St. N.E.<br>Washington, D.C. 20507 |

Attorneys for Plaintiff

COMPLAINT- Page 7 of 7

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882